UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____19-22916_____ |
| Swann, Ronald W. | Chapter: _____7_____ |
| | Judge: _____CMG_____ |

## NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on __September 17, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  55 Route 530
Southhampton, NJ
FMV - +/-$ 169,900.00
Co-owned with non debtor

Liens on property:  Wells Fargo Home Mortgage - $ 124,449.87

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt:  $1,360.00- The debtor has additional exemptions to apply against any equity of +/- $20,000.00

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | Daniel E. Straffi, Esq. |
| Address: | 670 Commons Way Toms River, NJ 08755 |
| Telephone No.: | 732-341-3800 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-22916-CMG
Ronald W. Swann                                                             Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2          Date Rcvd: Aug 14, 2019
                             Form ID: pdf905         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
db              +Ronald W. Swann,   55 Route 530,   Southhampton, NJ 08088-1641
518329638       +Kia Motors Finance,   4000 MacArthur Blvd,   Ste 1000,   Newport Beach, CA 92660-2544
518329641        MaxLend,   217 3rd Ave NE,   Parshall, ND 58770
518329646       +Toyota Motor Credit,   PO Box 9786,   Cedar Rapids, IA 52409-0004
518329647       +Wells Fargo Home Mortgage,   POB 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2019 00:04:40     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2019 00:04:36     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518329634        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Aug 15 2019 00:01:33     BMW Financial Services,
                 PO Box 3608,   Dublin, OH 43016
518329637        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2019 00:01:18     Capital One Bank,
                 15000 Capital One Drive,   Richmond, VA 23238
518329635       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2019 00:01:18     Capital One,
                 PO Box 6492,   Carol Stream, IL 60197-6492
518329639       +E-mail/Text: bncnotices@becket-lee.com Aug 15 2019 00:03:46     Kohl's,   PO Box 2983,
                 Milwaukee, WI 53201-2983
518329640       +E-mail/Text: bncnotices@becket-lee.com Aug 15 2019 00:03:45     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
518329643       +E-mail/PDF: cbp@onemainfinancial.com Aug 15 2019 00:01:01     OneMain,   POB 1010,
                 Evansville, IN 47706-1010
518329642       +E-mail/PDF: cbp@onemainfinancial.com Aug 15 2019 00:01:01     OneMain,   POB 742536,
                 Cincinnati, OH 45274-2536
518329644       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 00:00:27     SYNCB/Walmart,   PO Box 530927,
                 Atlanta, GA 30353-0927
518329645       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 00:00:28     SYNCB/Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
518330785       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 00:02:03     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                            TOTAL: 12


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518329636*      +Capital One,   PO Box 6492,   Carol Stream, IL 60197-6492

                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                              Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
          Andrew G. Greenberg   on behalf of Debtor Ronald W. Swann a.greenberglawfirm@verizon.net
          Daniel E. Straffi    bktrustee@straffilaw.com
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
          osfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
          osfs.com
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3   User: admin     Page 2 of 2     Date Rcvd: Aug 14, 2019
             Form ID: pdf905    Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                              TOTAL: 6