**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ronald W. Swann<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2188<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–22916–CMG | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ronald W. Swann

10/4/19                                                **By the court:**   Christine M. Gravelle
                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-22916-CMG
Ronald W. Swann                                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1               Date Rcvd: Oct 04, 2019
                              Form ID: 318             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db          +Ronald W. Swann,    55 Route 530,    Southhampton, NJ 08088-1641
518329638   +Kia Motors Finance,    4000 MacArthur Blvd,    Ste 1000,   Newport Beach, CA 92660-2544
518329641    MaxLend,   217 3rd Ave NE,    Parshall, ND 58770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2019 00:44:26      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2019 00:44:22     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518329634    EDI: BMW.COM Oct 05 2019 04:08:00      BMW Financial Services,   PO Box 3608,   Dublin, OH 43016
518329637    EDI: CAPITALONE.COM Oct 05 2019 04:08:00      Capital One Bank,   15000 Capital One Drive,
             Richmond, VA 23238
518329635   +EDI: CAPITALONE.COM Oct 05 2019 04:08:00      Capital One,   PO Box 6492,
             Carol Stream, IL 60197-6492
518329639   +E-mail/Text: bncnotices@becket-lee.com Oct 05 2019 00:43:39      Kohl's,   PO Box 2983,
             Milwaukee, WI 53201-2983
518329640   +E-mail/Text: bncnotices@becket-lee.com Oct 05 2019 00:43:39      Kohls/Capital One,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
518329643   +EDI: AGFINANCE.COM Oct 05 2019 04:08:00      OneMain,   POB 1010,   Evansville, IN 47706-1010
518329642   +EDI: AGFINANCE.COM Oct 05 2019 04:08:00      OneMain,   POB 742536,   Cincinnati, OH 45274-2536
518329644   +EDI: RMSC.COM Oct 05 2019 04:08:00      SYNCB/Walmart,   PO Box 530927,   Atlanta, GA 30353-0927
518329645   +EDI: RMSC.COM Oct 05 2019 04:08:00      SYNCB/Walmart,   PO Box 965024,   Orlando, FL 32896-5024
518330785   +EDI: RMSC.COM Oct 05 2019 04:08:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
518329646   +EDI: TFSR.COM Oct 05 2019 04:08:00      Toyota Motor Credit,   PO Box 9786,
             Cedar Rapids, IA 52409-0004
518329647   +EDI: WFFC.COM Oct 05 2019 04:08:00      Wells Fargo Home Mortgage,   POB 10335,
             Des Moines, IA 50306-0335
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518329636*   +Capital One,   PO Box 6492,   Carol Stream, IL 60197-6492
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
          Andrew G. Greenberg    on behalf of Debtor Ronald W. Swann a.greenberglawfirm@verizon.net
          Daniel E. Straffi    bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6